WILLIAM HOSMER et al., Plaintiffs, v KUBRICKY CONSTRUCTION CORPORATION, Respondent, and TOWN OF FORT ANN, Appellant, et al., Defendants. (And 13 Other Related Actions.)

Submitted March 26, 2012; decided May 3, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution.

ERIC MARTIN, Appellant, v SOUTHERN CONTAINER CORP. et al., Respondents.

Submitted March 26, 2012; decided May 3, 2012

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellant's motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

LIJO PANGHAT, M.D., Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Respondent.

Submitted March 12, 2012; decided May 3, 2012

Motion for leave to appeal from the Appellate Division order dismissing the appeal from the July 2010 Supreme Court order, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.

Chief Judge LIPPMAN taking no part.